548 A.2d 250

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Anthony L. LETA, Appellant.**

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Frank R. PRICCI, Appellant.**

Supreme Court of Pennsylvania.

Argued May 10, 1988.

Decided Oct. 17, 1988.

Peter T. Campana, Williamsport, for appellants.

Robert A. Graci, Chief Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM.

The orders of the Superior Court in these matters are vacated. Insofar as the decision of the Superior Court relied upon the case of *Commonwealth v. Miller,* 334

318

Pa.Super. 374, 483 A.2d 498 (1984), it is reversed. *See Commonwealth v. Miller*, 513 Pa. 118, 518 A.2d 1187 (1986). These cases are remanded to the Superior Court for a decision on whether appellants here were entitled to pursue the line of questioning which resulted in the need for the *in camera* hearings. *See Miller, id.*, 513 Pa. at 134–135, 518 A.2d 1195.

ZAPPALA, J., files a dissenting opinion in which FLAHERTY, J., joins.

ZAPPALA, Justice, dissenting.

I dissent. *See Commonwealth v. Miller*, 513 Pa. 118, 137, 518 A.2d 1187, 1197 (1986) (Zappala, J., dissenting).

FLAHERTY, J., joins in this dissenting opinion.